United States District Court
Southern District of Texas
**ENTERED**
February 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES D STINSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-236 |
| | § | |
| TIC - THE INDUSTRIAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 19, 2016, the parties filed a Joint Motion to Dismiss without prejudice (Dkt. 14). The Court finds that the parties have agreed to dismiss this lawsuit without prejudice and finds that said motion should be and hereby is in all things **GRANTED**.

Accordingly, it is hereby **ORDERED** that all claims asserted any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 22nd day of February, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge